**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**METROPOLITAN LIFE INSURANCE COMPANY**                    **PLAINTIFF**

v.                    **CASE NO. 4:11CV00521 BSM**

**ANGELA K. COCHRAN**                                      **DEFENDANT**

**TEMPORARY RESTRAINING ORDER**

Plaintiff Metropolitan Life Insurance Company ("MetLife") moves for an *ex parte* temporary restraining order and preliminary injunction. [Doc. No. 2]. For good cause shown, defendant Angela K. Cochran is hereby enjoined from withdrawing, dissipating, transferring, or otherwise accessing the funds held in the Total Control Account which represent the benefits payable as the result of the death of Michael Eugene Cochran, including accrued interest.

This order will be in full force and effect until a ruling issues on MetLife's motion for preliminary injunction. A hearing on that motion will be held on Friday, July 8, 2011, at 11:00 a.m. in Room 2D of the Richard Sheppard Arnold United States Courthouse, 500 W. Capitol Avenue, Little Rock, Arkansas.

Pursuant to Federal Rule of Civil Procedure 65(c), MetLife's proffered $5,000 surety bond is approved, and MetLife is hereby directed to file the bond with the clerk's office as evidence of the security posted in connection with this temporary restraining order. MetLife is hereby ordered to serve a file-marked copy of this order forthwith upon defendant Angela K. Cochran.

IT IS SO ORDERED this 28th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE