IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY                                                       PLAINTIFF

v.                              CASE NO. 4:11CV00521 BSM

ANGELA K. COCHRAN                                                       DEFENDANT

## DEFAULT JUDGMENT

On July 25, 2011, a clerk's default was entered against defendant Angela Cochran pursuant to Federal Rule of Civil Procedure 55(a). [Doc. No. 13]. Plaintiff Metropolitan Life Insurance Company now moves for a default judgment. [Doc. No. 14]. That motion is GRANTED.

It is therefore ordered and adjudged that defendant Angela K. Cochran has no right, claim, or interest in the $20,000 benefit described in plaintiff's verified complaint. It is further ordered and adjudged that plaintiff Metropolitan Life Insurance Company may withdraw or exercise control over the $20,000 benefit from the Total Control Account as it continues to search for the proper beneficiary, and may withdraw and cancel the surety bond filed on June 29, 2011.

IT IS SO ORDERED this 2nd day of September 2011.

_____
UNITED STATES DISTRICT JUDGE